**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 29, 2015

**BY HAND DELIVERY**

The Honorable Loretta A. Preska
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    United States v. Philip Ansah,
                92 Cr. 248-1 (PKL)
                94 Cr. 1016 (LAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-31-15

Dear Chief Judge Preska:

    I write today regarding the status of Philip Ansah, the defendant in the above-referenced matters. Mr. Ansah was arrested on July 13, 2015 in the Central District of California and appeared before Magistrate Judge McDermott in that court on July 15, 2015 (docket numbers 15-mj-01317 and 15-mj-01318). Mr. Ansah waived his Rule 5 identity hearing and is currently being transferred to the Southern District of New York. I have been informed by the United States Marshals Service that he should arrive in this District on or about August 5, 2015.

    Mr. Ansah has two matters pending in this District. The first matter, bearing docket number 92 Cr. 248, was originally assigned to Judge Leisure. Mr. Ansah pled guilty in that matter on June 3, 1992 and was scheduled to be sentenced on September 9, 1992. Prior to this scheduled sentencing, Mr. Ansah violated his bail conditions on or about June 13, 1992, and a warrant for his arrest was issued on June 15, 1992. The second matter, bearing docket number 94 Cr. 1016, charges Mr. Ansah with a failure to appear before the Court as required by the conditions of his release, in violation of 18 U.S.C. § 3146. I received the notification yesterday that the 94 Cr. 1016 matter has been assigned to Your Honor.

I write today to respectfully request the re-assignment of the original matter, 92 Cr. 248. I have spoken to Mr. Ansah's assigned counsel in that matter, Frank Handelman, and have kept him apprised of both Mr. Ansah's arrest and the current status of Mr. Ansah's transfer to this District.

> 92 Cr. 248 shall be assigned to the undersigned
> So ordered
> Loretta A. Preska
> USDJ
> 7/30/15

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: ___J-R___
Jason A. Richman
Assistant United States Attorney
(212) 637-2589

cc: Deputy United States Marshal Allison Honeymar (by e-mail)
Frank Handelman, Esq. and Tatia Barnes, Esq. (by e-mail)