UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) |
| Vs. | ) DOCKET NOS. 1:92CR248 (LAP)<br>)                                   94CR1016 (LAP) |
| PHILIP EKOW ANSAH,<br>    Defendant and Movant. | )<br>)<br>) |

MOTION FOR RETURN OF PROPERTY
PURSUANT TO FED. R. CRIM. P. 41(g)

TO THE HONORABLE COURT:

COMES NOW, Philip Ekow Ansah ("Defendant"), pro se, in the above entitled and numbered cause and hereby respectfully moves the Court to grant this motion for return of his properties pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure.

Defendant prays this motion to be construed liberally and held to less stringent standard than formal pleadings drafted by lawyers. See Haines v. Kerner, 404 U.S. 519 (1972).

On May 17, 2016, Defendant was sentenced to 24 months in prison for violation of 18 U.S.C. § 371 (Conspiracy to Transport Stolen Property and Commit Bribery), and 18 U.S.C. § 666 (Commission of Bribery). When defendant was arrested, the following properties were seized from his person and custody:

1) 1 Suit Case
2) 6 pairs of African clothing
3) 2 Jackets (Hugo Boss)
4) 2 Khaki pants (trousers)
5) 1 Levy Blue Jean

RECEIVED SDNY DOCKET UNIT 2016 JUL 13 AM 10: 03

6) 4 pairs of trousers

7) 1 pair of dress shoe (black)

8) 1 pair of sneakers (Puma)

9) 1 cross sandals

10) 2 wrist watches (Phillipe Pathet & Swiss Watch)

11) 3 Mobile phone sets (Blackberry Boss 4, Nokia E61 & Samsung Galaxy 2).

12) 1 Leather hand bag

13) 1 Shaving machine (samsung)

14) 300 cedis (Ghanian Currency).

None of these properties were linked to the criminal offense of which defendant was convicted, or seized pursuant to any laws of the United States. Therefore, defendant respectfully requests the Court to Order the Government to return the above properties to him.

## CONCLUSION

For the foregoing reasons, Defendant Ansah respectfully prays the Court to grant this motion.

Done this 6th day of July, 2016.

Respectfully Submitted,

_____
Philip Eskow Ansah, pro se
Reg. No. 31100-054
Moshannon Valley Corr. Center
555 Geo Drive,
Philipsburg, PA 16866

The Court refers Defendant to the Government's response at dkt. no. 29 in 94-cr-01016. The Clerk of the Court is respectfully directed to close dkt. no. 132 and mail Defendant a copy of this Order. **SO ORDERED.**

*Loretta A. Preska*

Loretta A. Preska
United States District Judge

April 1, 2025
New York, New York